THE PEOPLE OF THE STATE OF NEW YORK *v.* THE OPEN BOARD OF STOCK BROKERS' BUILDING COMPANY OF THE CITY OF NEW YORK.

(Argued January 15, 1889; decided January 29, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 2, 1888, which affirmed an order of Special Term requiring Lewis S. Smith, the purchaser of certain premises in the city of New York, to complete his purchase.

*Geo. E. Coney* for appellant.

*John S. Smith* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

JAMES W. RANDALL *v.* CORTLANDT L. PARKER, as President, etc.

THIS case presented the same questions and was argued and decided with *People* v. *Open Board of Stock Brokers' Building Company (supra).*